# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRACY Q. DU,

     Plaintiff,

v.

LITTON LOAN SERVICING, et al.,

     Defendants.

Case No. 2:09-CV-00355-KJD-LRL

**ORDER**

     On September 20, 2010, the Court entered an Order (#21) granting Defendants' Motion to Dismiss and terminating EMC Mortgage Corporation ("EMC") as a party in this action. The Clerk of the Court entered Judgment (#22) in favor of EMC and against Plaintiff the same day. In its Order (#21), the Court failed to note that Defendant Litton Loan Servicing filed a Motion for Joinder (#17) to the Motion to Dismiss, and was also terminated as a party to this action pursuant to the Court's ruling of September 20, 2010. Accordingly, Judgment is entered in favor of Defendants Litton Loan Servicing and EMC and against Plaintiff Tracy Q. Du.

     **IT IS SO ORDERED**.

     DATED this 28th day of October 2010.

_____
Kent J. Dawson
United States District Judge