# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRACY Q. DU,

    Plaintiff,

v.

LITTON LOAN SERVICING, *et al.*,

    Defendants.

Case No. 2:09-CV-00355-KJD-LRL

**ORDER**

    Plaintiff's complaint was filed February 24, 2009.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendants expired June 24, 2009.  Plaintiff has not yet filed proof of service on Defendant Quality Loan Servicing Corporation.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall have up to and including June 28, 2011 to file proof of service of the summons and complaint within the allowed time.  If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

DATED this 14th day of June 2011.

                                                                         _____
                                                                         Kent J. Dawson
                                                                         United States District Judge